**FILED**

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gail Baer, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>Hansford T. Johnson *et al.*, )<br>    )<br>    Defendants. ) | Civil Action No. 08 0549 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 25 day of March 2008,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; and it is

FURTHER ORDERED that this action is DISMISSED without prejudice. This is a final appealable Order.

*Rosemary M Collyer*
United States District Judge